# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEROY TURNER

NO. 2021 KW 0849

OCT 1 2 2021

---

In Re:   Leroy Turner, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 247,691.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

> **JMG**
> **GH**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT